December 1, 1965

Ashoff v. Williams et al., Appellants.

Argued November 10, 1965. *Paul A. Simmons,* with him *Tempest & Simmons,* for appellants; *Wray G. Zelt, III,* with him *Zelt & Zelt,* for appellees.

Judgment and order affirmed.

FLOOD, J., absent.

Bowers Unemployment Compensation Case.

Ideal Products, Inc., Appellant, v. Unemployment Compensation Board of Review.

Argued November 11, 1965. *John E. Aikman,* for appellant; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.